```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3154 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY T. PEREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for drug evaluation, filing 25, is granted.  Pretrial Services shall arrange for the evaluation with the costs of the evaluation and treatment to be paid by Pretrial Services.

DATED this 12th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge