IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3154 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY T. PEREZ, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that judgment is entered for the United States of America and against Tony T. Perez providing that he shall take nothing and his § 2255 motion is dismissed with prejudice.

    DATED this 25th day of March, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge