IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3154 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TONY T. PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for leave to proceed in forma pauperis (filing 62) is denied as moot.

May 6, 2009.                                      BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  United States District Judge