IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3154 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY T. PEREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

      On April 7, 2011 the defendant appeared in person with his attorney, John C. Vanderslice. The United States was represented by Bruce W. Gillan, Assistant United States Attorney. Defendant admits he violated the mandatory condition of the terms and conditions of supervised release. The Court finds that the admission is knowing, intelligent, and voluntary and there is a factual basis for the admission and finds the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision (filing 77). The disposition hearing was also held on April 7, 2011.

      IT IS ORDERED: Defendant's term of supervised release is not revoked and defendant will continue his supervised release on the same terms and conditions as previously imposed in the amended judgment and commitment order filed on August 5, 2009, together with the following special condition:

      1. The defendant shall attend, successfully complete, and pay for an approved cognitive-behavioral based program as directed by the probation officer.

      DATED this 8th day of April, 2011.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge